```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16707
   WILLIAM H LOMAX
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1662


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 09/13/2007 and was not confirmed.

   The case was dismissed without confirmation 01/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
LAGRANGE MEMORIAL HOSPIT  UNSECURED        NOT FILED         .00           .00
CAVALRY INVESTMENTS       UNSECURED        NOT FILED         .00           .00
CCA                       UNSECURED        NOT FILED         .00           .00
CFC DEFICIENCY RECOVERY   UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED         .00           .00
CREDIT PROTECTION         UNSECURED        NOT FILED         .00           .00
DEPENDON COLLECTION       UNSECURED        NOT FILED         .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         17589.47         .00           .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED         .00           .00
MERCHANTS CR              UNSECURED        NOT FILED         .00           .00
MIDSTATE COLLECTION SOLU  UNSECURED        NOT FILED         .00           .00
SALT CREEK CREDIT UNION   UNSECURED           686.73         .00           .00
SALT CREEK CREDIT UNION   UNSECURED          1208.36         .00           .00
SALUTE/UTB                UNSECURED        NOT FILED         .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          12621.31         .00           .00
ILLINOIS TITLE LOANS      SECURED VEHIC       761.07         .00        126.85
ERNESTO D BORGES JR       DEBTOR ATTY       3,400.00                    455.06
TOM VAUGHN                TRUSTEE                                        48.24
DEBTOR REFUND             REFUND                                        359.46

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     989.61

PRIORITY                                              .00
SECURED                                            126.85
UNSECURED                                             .00
ADMINISTRATIVE                                     455.06
TRUSTEE COMPENSATION                                48.24
DEBTOR REFUND                                      359.46
                         --------------        --------------
TOTALS                      989.61                 989.61

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16707 WILLIAM H LOMAX
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE